UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MICHAEL ATZIL TARANTO,

                Plaintiff,   :   **ECF CASE**

   v.

                                                           07 Civ. 8133 (JSR)

ALBERTO GONZALES, et al.

                Defendants.   :   NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           September 21, 2007

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney for the
                                         Southern District of New York

                         By:   /s/_____
                                DAVID BOBER
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2718
                                Facsimile: (212) 637-2786
                                Email: david.bober@usdoj.gov

To:   Thomas E. Moseley, Esq.
        One Gateway Center, Suite 2600
        Newark, NJ 07102