MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

Robinson, J
Rakoff, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MICHAL ATZIL TARANTO,

                Plaintiff,

      - v. -

ALBERTO GONZALES, et al.,

                Defendants.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 8133 (JSR)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       November 14, 2007

THOMAS E. MOSELEY
Attorney for Plaintiff
One Gateway Center – Suite 2600
Newark, NJ 07102
Tel. No.: (973) 622-8176

Dated: New York, New York
       November 14, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
HON. JED S. RAKOFF
United States District Judge

11-15-07